.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Collier Land & Coal Development, LP** _____,     Case No. ___**10-22059**___

                                 Debtor

                                                    Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 11,000,000.00 | | |
| B - Personal Property | Yes | 4 | 4,812,172.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,559,546.35 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 1,122,264.26 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | Total Assets | | 15,812,172.00 | | |
| | | Total Liabilities | | 2,681,810.61 | |

.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Collier Land & Coal Development, LP**

,

Debtor

Case No.    **10-22059**

Chapter        **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Collier Land & Coal Development, LP**          Case No.   **10-22059**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Collier Township - Noblestown Road** | **100%** | - | **11,000,000.00** | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **11,000,000.00** | (Total of this page) |
| | | Total > | **11,000,000.00** | |
| | | | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re    **Collier Land & Coal Development, LP**      ,    Case No.    **10-22059**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Parkvale CD - Collateral bond** | - | 10,000.00 |
| | | | **Parkvale CD - Collateral Bond** | - | 47,410.00 |
| | | | **Parkvale CD - Collateral Bond** | - | 97,038.00 |
| | | | **Parkvale CD - Collateral Bond** | - | 1,265,688.00 |
| | | | **Parkvale Bank CD - Collaterall Bond** | - | 4,741.00 |
| | | | **Checking Account** | - | 13,129.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **furniture, computer equipment, Software, GPS harware** | - | 136,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >     **1,574,006.00**
(Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

In re __Collier Land & Coal Development, LP__ ,     Case No. __10-22059__

                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Hugh McHugh** | **-** | **500,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                             Sub-Total >       **500,000.00**

                         (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Collier Land & Coal Development, LP**    ,    Case No.   **10-22059**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **claim for damages against Highway Equipment Company - unliquidated** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Ford F150 Truck** | - | **17,500.00** |
| | | **2008 Ford F250** | - | **20,500.00** |
| | | **Water Truck** | - | **37,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Site Trailer** | - | **10,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **see attached list** | - | **2,653,166.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **2,738,166.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re  **Collier Land & Coal Development, LP**                              Case No.  __10-22059__
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 4,812,172.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

# Collier Land and Coal Development LP

Equipment List

| S/N | Description | | Date | Cost |
|---|---|---|---|---|
| 75039 | TD 25 Dressta Dozer | | 26-Nov-08 | 419,732.00 |
| 30209 | SV510-D Roller | Vibratory | 8/26/2008 | 73,500 00 |
| N8M480469 | New Holland Loader | | 8/26/2008 | 65,055 00 |
| | Global Positioning System | | 8/26/2008 | 112,472.00 |
| 33613 | TD 15 Dressta Dozer | | 5-Sep-08 | 249,900.00 |
| NB0310187 | R450LC-7AHyundai Excavator | | 24-Oct-08 | 322,468.00 |
| 10157 | SV510-D Sakai Roller | Sheepsfoot | 24-Oct-08 | 141,500.00 |
| 10158 | SV510-D Sakai Roller | Sheepsfoot | 24-Oct-08 | 141,500.00 |
| S/N 4200000022 | XL 4200III Gradall | | 24-Oct-08 | 229,500.00 |
| SE-353 | T75-T Finn Hydroseeder | | 24-Oct-08 | 25,990.00 |
| 1285164N | Gorman-Rupp Pump Model 14C2-F3L | | 30-Sep-08 | 9,850.00 |
| -04-9302 | C & B Custom Modular Office Trailer | | 26-Nov-08 | 10,000 00 |
| 4K1PT4C168K001518 | K-BAR Model 157595 trailer | | 26-Nov-08 | 8,102.00 |
| 193371 | Bradco Earth Auger Model 1975 | | 26-Nov-08 | 2,152 00 |
| 410308 | MT 36 II Moxy Rock Truck | | 31-Mar-09 | 272,500.00 |
| 410309 | MT 36 II Moxy Rock Truck | | 31-Mar-09 | 272,500.00 |
| DY05-018-1 | Pt-15 Automatic Tire Washer | | 26-Nov-08 | 42,040.00 |
| LB0410480 | 770-7A Hyundai Loader | | 24-Oct-08 | 226,145.00 |
| 54396 | Power Rake | | 26-Nov-08 | 15,000.00 |
| | Utility Trailer | | 2-Feb-09 | 4,335 |
| | 2000 gal fuel tank | | 23-Apr-09 | 300 |
| | snow plow | | 12-Dec-08 | 3,894 |
| | spreader | | 12-Dec-08 | 1,598 |
| | 11 ton Alloy eye hook | | 17-Dec-08 | 439 |
| | 15 ton Alloy eye hook | | 4-Dec-08 | 506 |
| | Walkie talkies | | 12-Sep-08 | 1,443 |
| | 105 gal fuel tank | | 9-Jul-08 | 385 |
| | transfer pump | | 9-Jul-08 | 210 |
| | tool box | | 9-Jul-08 | 150 |

In re    **Collier Land & Coal Development, LP**            ,    Case No.    **10-22059**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ford Motor Credit**<br>**PO Box 220564**<br>**Pittsburgh, PA 15257** | | - | **2008 Ford F150**<br><br>Value $     **17,500.00** | | | | **16,144.24** | **0.00** |
| Account No.<br><br>**Ford Motor Credit**<br>**PO Box 220564**<br>**Pittsburgh, PA 15257** | | - | **2008 Ford F250**<br><br>Value $     **20,500.00** | | | | **13,252.11** | **0.00** |
| Account No.<br><br>**Padco Financial Services**<br>**100 W. Monroe Street**<br>**Suite 706**<br>**Chicago, IL 60603-1901** | | - | **Water Truck**<br><br>Value $     **37,000.00** | | | | **30,150.00** | **0.00** |
| Account No.<br><br>**Parkvale Bank**<br>**c/o Michael Shiner, Esquire**<br>**Tucker Arensberg, P.C.**<br>**1500 One PPG Place**<br>**Pittsburgh, PA 15222** | | - | Value $     **2,450,000.00** | | | | **1,500,000.00** | **0.00** |

   **0**   continuation sheets attached

| | Subtotal<br>(Total of this page) | **1,559,546.35** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,559,546.35** | **0.00** |

B6E (Official Form 6E) (12/07)

In re __Collier Land & Coal Development, LP__ ,     Case No. __10-22059__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__ continuation sheets attached

In re    **Collier Land & Coal Development, LP**              ,      Case No.    **10-22059**

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **A R Oliastro, Inc.** **PO Box 148** **Ellwood City, PA 16117** | | - | | | | | 1,316.45 |
| Account No. | | | Notice purposes only | | | | |
| **American Mining Insurance Company** **PO Box 217** **Johnstown, PA 15907** | | - | | | | | 0.00 |
| Account No. | | | Notice purposes only | | | | |
| **Anderson Equipment Company** **1000 Washington Pike** **Bridgeville, PA 15017** | | - | | | | | 0.00 |
| Account No. | | | Notice purposes only | | | | |
| **Judith J. Astfalk** **2418 Hilltop Road** **Presto, PA 15142** | | - | | | | | 0.00 |

  **9**   continuation sheets attached                                          Subtotal
(Total of this page)     **1,316.45**

B6F (Official Form 6F) (12/07) - Cont.

In re **Collier Land & Coal Development, LP**, Case No. **10-22059**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No.<br><br>**Bootay & Bevington, LLP**<br>**6 Clairton Boulevard**<br>**Pittsburgh, PA 15236** | | - | | | **Trade debt** | | | | **1,443.75** |
| Account No.<br><br>**Carlson Desktop Solutions**<br>**12343 Hymeadow Drive**<br>**Suite 2-J**<br>**Austin, TX 78750** | | - | | | **Notice purposes only** | | | | **0.00** |
| Account No.<br><br>**Central Tax Bureau**<br>**20 Emerson Lane**<br>**Bridgeville, PA 15017** | | - | | | **Notice purposes only** | | | | **0.00** |
| Account No.<br><br>**Collier Stone Company**<br>**80 Noblestown Road**<br>**Carnegie, PA 15106** | | - | | | **Notice purposes only** | | | | **0.00** |
| Account No.<br><br>**Comcast**<br>**PO Box 3001**<br>**Southeastern, PA 19398** | | - | | | **Notice purposes only** | | | | **0.00** |

Sheet no. **1** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,443.75**

In re **Collier Land & Coal Development, LP** , Case No. **10-22059**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Notice purposes only | | | | |
| **Commonwealth of Pennsylvania** **Armbrust Professional Center** **8205 Route 819** **Greensburg, PA 15601** | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice purposes only | | | | |
| **Commonwealth of Pennsylvania** **45 Thoms Run Road** **Bridgeville, PA 15017** | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice purposes only | | | | |
| **Culverts, Inc.** **PO Box 271** **Coraopolis, PA 15108** | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice purposes only | | | | |
| **DMS Safety Services** **551 State Street** **Curwensville, PA 16833** | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice purposes only | | | | |
| **Duquesne Light Company** **130 McClaren Road** **Coraopolis, PA 15108** | - | | | | | | | | 0.00 |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **Collier Land & Coal Development, LP**                    ,        Case No.  **10-22059**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Enviro Technologies, Inc. 544 Greentree Road Kittanning, PA 16201 | | - | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Erie Insurance 4031 William Penn Highway Monroeville, PA 15146 | | - | | | | | | 315.00 |
| Account No. | | | | Notice purposes only | | | | |
| G & C Coal Analysis Lab, Inc. 13841 Hoffman Hollow Road Summerville, PA 15864 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Good Tire Service 401 Water Street Kittanning, PA 16201 | | - | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Grainger Dept. 876391665 Palatine, IL 60038 | | - | | | | | | 0.00 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **315.00**

In re  **Collier Land & Coal Development, LP**                                          ,          Case No.   **10-22059**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Trade debt** Subject to setoff. | | | | |
| **Highway Equipment Company** **22035 Perry Highway** **Zelienople, PA 16063** | - | | | | | X | |
| | | | | | | | 367,772.36 |
| Account No. | | | **unpaid salary from 2007, 2008, 2009** | | | | |
| **Hugh McHugh** **1633 Route 51 South** **Jefferson Hills, PA 15025** | - | | | | | | |
| | | | | | | | 750,000.00 |
| Account No. | | | **Notice purposes only** | | | | |
| **J M Miller, Inc.** **150 Valley Road** **Indiana, PA 15701** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | **Notice purposes only** | | | | |
| **John Weinstein County Treasurer** **PO Box 643385** **Pittsburgh, PA 15264-3385** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | **Notice purposes only** | | | | |
| **Knickerbocker Russell Co., Inc.** **4759 Campbells Run Toad** **Pittsburgh, PA 15205** | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. __4___ of _9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,117,772.36

In re  **Collier Land & Coal Development, LP** ,  Case No.   **10-22059**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice purposes only | | | | |
| Lesco, Inc. 1025 Mount Nebo Road Pittsburgh, PA 15237 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| NAPA Auto Parts 423 E. Main Street Carnegie, PA 15106 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Nationwide Insurance 7230 Baptist Road Bethel Park, PA 15102 | - | | | | | | | 0.00 |
| Account No. | | | | Notice purposes only | | | | |
| Neville Aggregate Co., Inc. 3501 Neville Road Pittsburgh, PA 15225 | - | | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Pena Plas 2710 Neville Road Pittsburgh, PA 15225 | - | | | | | | | 0.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **Collier Land & Coal Development, LP**                                         , Case No.   **10-22059**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Postmaster Upper Saint Clair Branch 2211 Pittsburgh, PA 15241 | - | | | | | | | | 0.00 |
| Account No. | | | | | Trade debt | | | | |
| Powertrack International, Inc. 4625 Campbells Run Road Pittsburgh, PA 15205 | - | | | | | | | | 0.00 |
| Account No. | | | | | Trade debt | | | | |
| Productivity Products and Services, Inc. 7075 North Noah Drive Saxonburg, PA 16056 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice purposes only | | | | |
| Rebuilt, Inc. 8741 Street Rt. 250 SE Dundee, OH 44624 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice purposes only | | | | |
| Sal Chemical PO Box 76669 Cleveland, OH 44101 | - | | | | | | | | 0.00 |

Sheet no.  **6**    of  **9**    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __Collier Land & Coal Development, LP_____,     Case No. ___10-22059_____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Notice purposes only | | | | |
| Silhol Builders Supply 100 Union Street Bridgeville, PA 15017 | | | | | | | | 0.00 |
| Account No. | | - | | Notice purposes only | | | | |
| John A. Stiver, CPA 1633 Route 51 South Clairton, PA 15025 | | | | | | | | 0.00 |
| Account No. | | - | | Notice purposes only | | | | |
| Sunoco Processing Center PO Box 689156 Des Moines, IA 50368-9156 | | | | | | | | 0.00 |
| Account No. | | - | | Notice purposes only | | | | |
| T-Mobile PO Box 742596 Cincinnati, OH 45274 | | | | | | | | 0.00 |
| Account No. | | - | | Notice purposes only | | | | |
| Township of Collier 2418 Hilltop Road Presto, PA 15142 | | | | | | | | 0.00 |

Sheet no. __7___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re  **Collier Land & Coal Development, LP**                              ,          Case No.  **10-22059**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Travelers**<br>**Remittance Center**<br>**Hartford, CT 06183** | | - | | Trade debt | | | | 1,400.42 |
| Account No.<br><br>**Victor Wetzel Associates**<br>**535 Locust Place**<br>**Sewickley, PA 15143** | | - | | Trade debt | | | | 16.28 |
| Account No.<br><br>**Vincenty Sanitation**<br>**28 Vincenty Road**<br>**Canonsburg, PA 15317-6038** | | - | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>**W G Satterlee and Sons**<br>**PO Box 1391**<br>**Indiana, PA 15701-5391** | | - | | Notice purposes only | | | | 0.00 |
| Account No.<br><br>**Zalesky Concrete, Inc.**<br>**1242 Noblestown Road**<br>**Oakdale, PA 15071** | | - | | Notice purposes only | | | | 0.00 |

Sheet no. **8** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,416.70**

In re   **Collier Land & Coal Development, LP**                                    Case No.   **10-22059**
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice purposes only | | | | |
| **Zoresco Equipment Company** **1241 Lower Road** **Turtle Creek, PA 15145** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

Total
(Report on Summary of Schedules)     **1,122,264.26**

.

In re    **Collier Land & Coal Development, LP**        Case No.    **10-22059**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lexus Financial Services**<br>**PO Box 17187**<br>**Baltimore, MD 21297** | **$1,400 per month - expires July 2010** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Collier Land & Coal Development, LP**         ,    Case No.    **10-22059**

Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**      continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Collier Land & Coal Development, LP**        Case No.   **10-22059**

Debtor(s)       Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

Debtor

Date _____    Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___**President**___ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the ___**partnership**___ [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**21**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 22, 2010**    Signature: **/s/ Hugh McHugh**

**Hugh McHugh**

[Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Collier Land & Coal Development, LP**                           Case No.   **10-22059**
                                            Debtor(s)          Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$42,950.44** | **Sale of Lumber 2007** |
| **$35,694.04** | **Sale of Lumber 2009** |
| **$51,899.47** | **Interest earned 2007** |
| **$75,006.51** | **Interest earned 2008** |
| **$103,133.85** | **Interest earned 2009** |
| **$50,271.00** | **Coal Sales for first quarter 2010** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Exhibit A** | | **$99,772.50** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Exhibit B** | | **$149,795.31** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Parkvale Bank vs. Collier Land & Coal Developement, LP  GD 10-5241** | **DBS for money commercial** | **Court of Commonpleas of Allegheny County** | **Writ of Execution** |
| **Collier Land & Coal Development vs Parkvale Bank GD 10-002193** | **other tort** | **Court of Common Pleas of Allegheny County** | **Preliminary Objections** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Highway Equipment vs Collier Land & Coal Development, LP GD 10-002228** | **Contract** | **Court of Common Pleas of Allegheny County** | **Preliminary Objections** |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Parkvale Bank** | **March 12, 2010** | **Money Market Accout $845,000** |

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Bernstein Law Firm 2200 Gulf Tower Pittsburgh, PA 15219** | **March 23, 2010** | **$20,000.00** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Parkvale Bank** | **Checking** | |
| **Parkvale Bank** | **Money Market Account** | **$845,000.00** |

### 12. Safe deposit boxes

**None** ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

**None** ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Parkvale Bank** | **March 12, 2010** | **$845,000.00** |

### 14. Property held for another person

**None** ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

**None** ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

**None** ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None** ☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Collier Land & Coal**<br>**Noblestown Road**<br>**Collier Township**<br>**Presto, PA** | **Department of Environmental Protection** | **April 2009 and October 2009** | |

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS

DATES SERVICES RENDERED

**John A. Stiver, CPA**
**1633 Rt. 51 South**
**Jefferson Hills, PA 15025**

**4/17/2007 to present**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                     ADDRESS                                DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME
**John A. Stiver, CPA**

ADDRESS
**1633 Rt. 51 South**
**Clairton, PA 15025**

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS

DATE ISSUED

**Huntington Bank**

**March 15, 2010**

**Parkvale Bank**

**various**

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR

DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                PERCENTAGE OF INTEREST
**See Attached Exhibit C**

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                              TITLE

NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **See Attached Exhibit B** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **April 22, 2010**      Signature   **/s/ Hugh McHugh**
                                        **Hugh McHugh**
                                        **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# Collier Land & Coal Development LP
## Transactions by Account
### As of March 25, 2010

| Type | Date | Num | Name | Memo | Clr | Split | Credit |
|---|---|---|---|---|---|---|---|
| **1000 · Cash** | | | | | | | |
| **1004 · Huntington Bank Checking Acct** | | | | | | | |
| Check | 12/23/2009 | 992 | Collier Land and Coal Development LP | | √ | 1003 · ParkVale Checking Acct | 803.00 |
| Bill Pmt -Check | 12/30/2009 | 3005 | Travelers | acct #8396M1142 | √ | 2000 · Accounts Payable | 727.20 |
| Paycheck | 12/31/2009 | 3001 | Yelich, Chad M | | √ | -SPLIT- | 748.98 |
| Paycheck | 12/31/2009 | 3002 | Hockinson, Robert J | | √ | -SPLIT- | 1,970.41 |
| Paycheck | 12/31/2009 | 3004 | Westover, Charles M | | √ | -SPLIT- | 1,121.96 |
| Bill Pmt -Check | 01/01/2010 | 3004 | LEXUS Financial Services | | √ | 2000 · Accounts Payable | 1,400.00 |
| Check | 01/04/2010 | 3006 | Hugh F McHugh | | √ | 1430 · Advance to General Partner | 25.00 |
| Bill Pmt -Check | 01/05/2010 | 3007 | Comcast | | √ | 2000 · Accounts Payable | 135.74 |
| Bill Pmt -Check | 01/05/2010 | 3008 | T-Mobil | | √ | 2000 · Accounts Payable | 169.96 |
| Bill Pmt -Check | 01/07/2010 | 3009 | American Mining Insurance Company | AMWVC006544 | √ | 2000 · Accounts Payable | 1,030.72 |
| Bill Pmt -Check | 01/07/2010 | 3010 | Vincenty Sanitation | | √ | 2000 · Accounts Payable | 285.00 |
| Bill Pmt -Check | 01/07/2010 | 3011 | John A. Silver CPA | | √ | 2000 · Accounts Payable | 3,450.00 |
| Bill Pmt -Check | 01/11/2010 | 3015 | Collier Stone Company | | √ | 2000 · Accounts Payable | 649.02 |
| Bill Pmt -Check | 01/11/2010 | 3016 | Duquesne Light Company | Temporary service | N | 2000 · Accounts Payable | 107.17 |
| Bill Pmt -Check | 01/11/2010 | 3017 | Ford"Motor"Credit | 44502989 | √ | 2000 · Accounts Payable | 583.29 |
| Paycheck | 01/14/2010 | 3012 | Yelich, Chad M | | √ | -SPLIT- | 743.79 |
| Bill Pmt -Check | 01/14/2010 | 3018 | H & H Supply, Inc | | √ | 2000 · Accounts Payable | 132.02 |
| Paycheck | 01/15/2010 | 3013 | Hockinson, Robert J | | √ | -SPLIT- | 2,115.65 |
| Paycheck | 01/15/2010 | 3014 | Westover, Charles M | | √ | -SPLIT- | 1,214.75 |
| Liability Check | 01/15/2010 | eft | United States Treasury | 20-8872991 | √ | -SPLIT- | 2,583.68 |
| Liability Check | 01/15/2010 | eft. | PA Department of Revenue | 83608756 | √ | 2111 · PA Withholding | 277.16 |
| Paycheck | 01/16/2010 | 3019 | Derby, Phillip T | | √ | -SPLIT- | 62.58 |
| Bill Pmt -Check | 01/16/2010 | 3020 | Erie Insurance | | √ | 2000 · Accounts Payable | 315.00 |
| Bill Pmt -Check | 01/16/2010 | 3021 | Ford Motor Credit | 44015195 | √ | 2000 · Accounts Payable | 900.65 |
| Bill Pmt -Check | 01/20/2010 | eft | Padco Financial Services | Water Truck | √ | 2000 · Accounts Payable | 808.00 |
| Bill Pmt -Check | 01/20/2010 | 3022 | Sunoco | 7500-1042383 | √ | 2000 · Accounts Payable | 396.27 |
| Bill Pmt -Check | 01/20/2010 | 3023 | W G Satterlee and Sons | | √ | 2000 · Accounts Payable | 6,063.53 |
| General Journal | 01/21/2010 | 139 | Debit card | sunoco | √ | 6132 · Gas | 55.09 |
| Liability Check | 01/25/2010 | 3028 | Central Tax Bureau | | √ | 2113 · Local Service Tax | 42.00 |
| Paycheck | 01/28/2010 | 3026 | Yelich, Chad M | | √ | -SPLIT- | 352.54 |
| Paycheck | 01/29/2010 | eft | Pa UC Fund | | √ | -SPLIT- | 178.84 |
| Liability Check | 01/29/2010 | eft | United States Treasury | 20-8872991 | √ | 2115 · FUTA Payable | 368.39 |
| Paycheck | 01/29/2010 | 3024 | Hockinson, Robert J | | √ | -SPLIT- | 2,115.67 |
| Paycheck | 01/29/2010 | 3025 | Westover, Charles M | | √ | -SPLIT- | 1,214.74 |


EXHIBIT A

# Collier Land & Coal Development LP
## Transactions by Account
### As of March 25, 2010

| Type | Date | Num | Name | Memo | Clr | Split | Credit |
|---|---|---|---|---|---|---|---|
| General Journal | 02/02/2010 | 162 | Boolay & Bevington, LLP | reimburse Hugh for p | √ | 2000 · Accounts Payable | 1,500.00 |
| General Journal | 02/02/2010 | 143 | | 10559054  counter cl | √ | 1430 · Advance to General Partner | 1,500.00 |
| Bill Pmt -Check | 02/03/2010 | 3029 | LEXUS Financial Services | | √ | 2000 · Accounts Payable | 1,400.00 |
| Bill Pmt -Check | 02/09/2010 | 3036 | Ford*Motor*Credit | 44502989 | √ | 2000 · Accounts Payable | 583.29 |
| Bill Pmt -Check | 02/09/2010 | 3037 | Travelers | acct #8396M1142 | √ | 2000 · Accounts Payable | 727.20 |
| Bill Pmt -Check | 02/09/2010 | 3033 | Comcast | | √ | 2000 · Accounts Payable | 138.52 |
| Bill Pmt -Check | 02/09/2010 | 3034 | Duquesne Light Company | Temporary service N | √ | 2000 · Accounts Payable | 3.39 |
| Bill Pmt -Check | 02/09/2010 | 3035 | T-Mobil | 435537849 | √ | 2000 · Accounts Payable | 169.53 |
| Bill Pmt -Check | 02/09/2010 | 3038 | American Mining Insurance Company | AMWC006544 | √ | 2000 · Accounts Payable | 1,018.03 |
| Bill Pmt -Check | 02/09/2010 | 3039 | Duquesne Light Company | 4001-588-838-001 | √ | 2000 · Accounts Payable | 31.90 |
| Bill Pmt -Check | 02/09/2010 | 3040 | G & C Coal Analysis Lab, Inc. | | √ | 2000 · Accounts Payable | 295.38 |
| General Journal | 02/09/2010 | 142 | | 10559099  counter cl | √ | 1430 · Advance to General Partner | 485.44 |
| Bill Pmt -Check | 02/10/2010 | 3041 | Boolay & Bevington, LLP | | √ | 2000 · Accounts Payable | 2,060.25 |
| Paycheck | 02/11/2010 | 3030 | Yelich, Chad M | | √ | -SPLIT- | 743.79 |
| General Journal | 02/11/2010 | 160 | | -MULTIPLE- | √ | 1430 · Advance to General Partner | 98.94 |
| Paycheck | 02/15/2010 | 3031 | Hockinson, Robert J | | √ | -SPLIT- | 2,115.65 |
| Paycheck | 02/15/2010 | 3032 | Westover, Charles M | | √ | -SPLIT- | 1,214.75 |
| Liability Check | 02/15/2010 | eft | PA Department of Revenue | 93608756 | √ | 2111 · PA Withholding | 264.79 |
| Liability Check | 02/15/2010 | eft | United States Treasury | 20-2872991 | √ | -SPLIT- | 2,686.48 |
| Bill Pmt -Check | 02/16/2010 | 3042 | Nationwide Insurance | 5401582351 | √ | 2000 · Accounts Payable | 315.24 |
| Bill Pmt -Check | 02/16/2010 | 3043 | Sunoco | 7500-1042383 | √ | 2000 · Accounts Payable | 422.20 |
| Bill Pmt -Check | 02/16/2010 | 3044 | W G Satterlee and Sons | | √ | 2000 · Accounts Payable | 4,107.51 |
| General Journal | 02/16/2010 | | Debit card | pep boys | √ | 6134 · Repairs & Maintenance | 26.73 |
| General Journal | 02/16/2010 | 161 | Debit card | Cypher & Company | √ | 5610 · Mine Supplies | 97.80 |
| Bill Pmt -Check | 02/19/2010 | eft | Padco Financial Services | Water Truck | √ | 2000 · Accounts Payable | 808.00 |
| Bill Pmt -Check | 02/20/2010 | 3048 | Ford Motor Credit | 44015195 | √ | 2000 · Accounts Payable | 900.85 |
| Bill Pmt -Check | 02/20/2010 | 3049 | Rebuild, Inc | | √ | 2000 · Accounts Payable | 1,255.60 |
| General Journal | 02/22/2010 | 162 | Debit card | Exxon Mobil | √ | 6132 · Gas | 43.01 |
| General Journal | 02/22/2010 | 163 | Debit card | Parking Attorney | √ | 6338 · Parking | 15.00 |
| Paycheck | 02/25/2010 | 3045 | Yelich, Chad M | | √ | -SPLIT- | 395.89 |
| Paycheck | 02/26/2010 | 3046 | Hockinson, Robert J | | √ | -SPLIT- | 2,115.65 |
| Paycheck | 02/26/2010 | 3047 | Westover, Charles M | | √ | -SPLIT- | 1,214.76 |
| Bill Pmt -Check | 03/03/2010 | 3050 | LEXUS Financial Services | | √ | 2000 · Accounts Payable | 1,400.00 |
| Bill Pmt -Check | 03/03/2010 | 3051 | Travelers | acct #8396M1142 | √ | 2000 · Accounts Payable | 727.20 |
| Bill Pmt -Check | 03/03/2010 | 3052 | American Mining Insurance Company | AMWC006544 | √ | 2000 · Accounts Payable | 845.64 |
| General Journal | 03/03/2010 | 150 | Debit card | Woltz and Wind | √ | 6134 · Repairs & Maintenance | 162.10 |

# Collier Land & Coal Development LP
## Transactions by Account
### As of March 25, 2010

| Type | Date | Num | Name | Memo | Clr | Split | Credit |
|---|---|---|---|---|---|---|---|
| General Journal | 03/05/2010 | 148 | Debit card | ExxonMobil | √ | 6132 · Gas | 14.07 |
| General Journal | 03/05/2010 | 149 | Debit card | ExxonMobile | √ | 6132 · Gas | 57.41 |
| General Journal | 03/08/2010 | 147 | Debit card | Get Go | √ | 6132 · Gas | 39.96 |
| Bill Pmt -Check | 03/09/2010 | 3055 | Comcast | | √ | 2000 · Accounts Payable | 138.52 |
| Bill Pmt -Check | 03/09/2010 | 3056 | Duquesne Light Company | | √ | 2000 · Accounts Payable | 31.92 |
| Bill Pmt -Check | 03/09/2010 | 3057 | Ford*Motor*Credit | 44502989 | √ | 2000 · Accounts Payable | 583.28 |
| Bill Pmt -Check | 03/09/2010 | 3058 | G & C Coal Analysis Lab, Inc. | | √ | 2000 · Accounts Payable | 36.82 |
| Bill Pmt -Check | 03/09/2010 | 3059 | T-Mobil | 435537849 | √ | 2000 · Accounts Payable | 169.56 |
| Bill Pmt -Check | 03/12/2010 | 3060 | Duquesne Light Company | Temporary service | N | 2000 · Accounts Payable | 7.40 |
| Bill Pmt -Check | 03/12/2010 | 3061 | Ford Motor Credit | 44015195 | √ | 2000 · Accounts Payable | 900.65 |
| Bill Pmt -Check | 03/12/2010 | 3062 | Vincenty Sanitation | | √ | 2000 · Accounts Payable | 285.00 |
| Bill Pmt -Check | 03/12/2010 | 3063 | Bootay & Bevington, LLP | | √ | 2000 · Accounts Payable | 1,417.50 |
| Bill Pmt -Check | 03/12/2010 | 3064 | John A. Silver CPA | | √ | 2000 · Accounts Payable | 3,086.72 |
| Paycheck | 03/15/2010 | 3053 | Hockinson, Robert J | | √ | -SPLIT- | 2,115.67 |
| Paycheck | 03/15/2010 | 3054 | Westover, Charles M | | √ | -SPLIT- | 1,214.74 |
| Liability Check | 03/15/2010 | | United States Treasury | 20-8872991 | √ | -SPLIT- | 2,693.94 |
| Liability Check | 03/15/2010 | | PA Department of Revenue | 93608756 | √ | 2111 · PA Withholding | 264.79 |
| General Journal | 03/15/2010 | 152 | Huntington Bank | | √ | 6115 · Bank Service Charges | 49.50 |
| Bill Pmt -Check | 03/19/2010 | | Pedco Financial Services | Water Truck | √ | 2000 · Accounts Payable | 808.00 |
| General Journal | 03/19/2010 | 153 | Debit card | | √ | 6132 · Gas | 20.00 |
| Paycheck | 03/25/2010 | 3065 | Yelich, Chad M | | √ | -SPLIT- | 743.80 |
| General Journal | 03/25/2010 | 158 | Cashiers Check Bernstein & Bernstein | | √ | 6276 · Legal Fees | 20,000.00 |
| General Journal | 03/25/2010 | 161 | Debit card | get go | √ | 6132 · Gas | 55.14 |

Total 1004 · Huntington Bank Checking Acct      99,772.50

Total 1000 · Cash      99,772.50

**TOTAL**      99,772.50

# Collier Land & Coal Development LP
## Transactions by Account
### As of December 31, 2009

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **5800 · Rentals** | | | | | | | | | | |
| **5801 · 69 McMichael Road** | | | | | | | | | | |
| General Journal | 1/2/2009 | 111 | * | | | | 3 | 5,000.00 | | 5,000.00 |
| General Journal | 2/2/2009 | 112 | * | | | | 3 | 5,000.00 | | 10,000.00 |
| General Journal | 3/16/2009 | 141 | * | | | | 1 | 5,000.00 | | 15,000.00 |
| General Journal | 4/30/2009 | 105 | * | | | | 1 | 5,000.00 | | 20,000.00 |
| General Journal | 5/1/2009 | 108 | * | | | | 3 | 5,000.00 | | 25,000.00 |
| General Journal | 6/2/2009 | 136 | * | | | | - | 5,000.00 | | 30,000.00 |
| General Journal | 7/31/2009 | 133 | * | | | | 1 | 5,000.00 | | 35,000.00 |
| General Journal | 8/31/2009 | 133 | * | | | | 1 | 5,000.00 | | 40,000.00 |
| General Journal | 9/5/2009 | 138 | * | | 69 Mcmichael | | 5 | 5,000.00 | | 45,000.00 |
| General Journal | 10/1/2009 | 134 | * | | | | - | 5,000.00 | | 50,000.00 |
| General Journal | 11/22/2009 | 135 | | | | | - | 5,000.00 | | 55,000.00 |
| Bill | 12/1/2009 | | | Hugh F. McHugh | | | 2 | 5,000.00 | | 60,000.00 |
| **Total 5801 · 69 McMichael Road** | | | | | | | | 60,000.00 | 0.00 | 60,000.00 |
| **Total 5800 · Rentals** | | | | | | | | 60,000.00 | 0.00 | 60,000.00 |
| **TOTAL** | | | | | | | | 60,000.00 | 0.00 | 60,000.00 |

EXHIBIT B

# Collier Land & Coal Development LP
## Transactions by Account
### As of December 31, 2009

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|-------|--------|---------|
| **9000 · Other Expenses** | | | | | | | | | |
| **9100 · Finance Charges** | | | | | | | | | |
| **9108 · Interest expense Prtners** | | | | | | | | | |
| Check | 1/12/2009 | 1275 | Albert and Lynn Porter | Interest | | 1001 · Checki... | 1,283.33 | | 1,283.33 |
| Check | 1/12/2009 | 1276 | Walworth E Burge | Interest | | 1001 · Checki... | 1,183.33 | | 2,466.66 |
| Check | 1/12/2009 | 1277 | James and Roberta Warren | Interest | | 1001 · Checki... | 1,300.00 | | 3,766.66 |
| Check | 1/12/2009 | 1278 | Joachim J and Nancy Huerter | Interest | | 1001 · Checki... | 1,283.33 | | 5,049.99 |
| Check | 1/28/2009 | 1287 | Albert and Lynn Porter | Interest | | 1001 · Checki... | 333.33 | | 5,383.32 |
| Check | 1/28/2009 | 1288 | Walworth E Burge | Interest | | 1001 · Checki... | 333.33 | | 5,716.65 |
| Check | 1/28/2009 | 1289 | Joachim J and Nancy Huerter | Interest | | 1001 · Checki... | 333.33 | | 6,049.98 |
| Check | 1/28/2009 | 1290 | James and Roberta Warren | Interest | | 1001 · Checki... | 333.33 | | 6,383.31 |
| General Journal | 12/31/2009 | 159 | | | | 2051 · Accrue... | 2,967.12 | | 9,350.43 |
| **Total 9108 · Interest expense Prtners** | | | | | | | 9,350.43 | 0.00 | 9,350.43 |
| **Total 9100 · Finance Charges** | | | | | | | 9,350.43 | 0.00 | 9,350.43 |
| **Total 9000 · Other Expenses** | | | | | | | 9,350.43 | 0.00 | 9,350.43 |
| **TOTAL** | | | | | | | 9,350.43 | 0.00 | 9,350.43 |

# Collier Land & Coal Development LP
## Transactions by Account
### As of April 10, 2010

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **3100 · Partners** | | | | | | | | | | |
| **3109 · McHugh, Hugh F** | | | | | | | | | | |
| **3209 · Distribution Hugh McHugh** | | | | | | | | | | -276,194.75 |
| Transfer | 4/1/2009 | | | | Funds Transfer | | 1002 · Parkval.. | 14,308.10 | | -290,502.85 |
| General Journal | 4/30/2009 | 105 | * | | | | 1002 · Parkval... | | 5,000.00 | -285,502.85 |
| General Journal | 5/1/2009 | 108 | * | | May interest | | -SPLIT- | 8,728.92 | | -294,231.77 |
| General Journal | 6/2/2009 | 136 | * | | | | 5801 · 69 Mc... | 8,540.38 | | -302,772.15 |
| General Journal | 7/31/2009 | 133 | * | | | | 1002 · Parkval... | 8,105.45 | | -310,877.60 |
| General Journal | 8/31/2009 | 133 | * | | distribution H.. | | 1002 · Parkval... | 7,900.45 | | -318,778.05 |
| General Journal | 9/5/2009 | 138 | * | | | | 5200 · Sub Co.. | 7,786.65 | | -326,564.70 |
| General Journal | 10/1/2009 | 134 | * | | | | 5801 · 69 Mc.. | 7,328.33 | | -333,893.03 |
| General Journal | 11/2/2009 | 135 | * | | | | 5801 · 69 Mc.. | 6,474.76 | | -340,367.79 |
| General Journal | 12/31/2009 | 163 | | | | | 1430 · Advanc.. | 4,893.65 | | -345,261.44 |
| Transfer | 1/4/2010 | | | | Funds Transfer | | 1002 · Parkval.. | 3,458.79 | | -348,720.23 |
| General Journal | 2/1/2010 | 144 | * | | | | 1002 · Parkval.. | 2,919.40 | | -351,639.63 |
| **Total 3209 · Distribution Hugh McHugh** | | | | | | | | 80,444.88 | 5,000.00 | -351,639.63 |
| | | | | | | | | | | |
| **Total 3109 · McHugh, Hugh F** | | | | | | | | 80,444.88 | 5,000.00 | -351,639.63 |
| | | | | | | | | | | |
| **Total 3100 · Partners** | | | | | | | | 80,444.88 | 5,000.00 | -351,639.63 |
| | | | | | | | | | | |
| **TOTAL** | | | | | | | | 80,444.88 | 5,000.00 | -351,639.63 |

# LIST OF PARTNERS

| **General Partner** | **Capital Contribution** | |
|---|---|---|
| Collier Land & Coal Management, LLC | $1,000.00 | |

| **Limited Partner** | **Capital Contribution** | **No. of Units Owned** |
|---|---|---|
| 15 | $15,050,000.00 | 145 |

| | **Capital Contribution** | **No. of Units Owned** |
|---|---|---|
| James and Rebecca Gilbert Hills<br>10880 Corp Ranch Road<br>Ashland, OR 97520 | $400 K | 4 |
| James W. and Roberta W. Warren<br>48 Kellocks Run Rd.<br>Hummelstown, PA 17036 | $550 K | 5 |
| Bruce and Mary Ann Eagleson<br>305 Laurel Drive<br>Hershey, PA 17033 | $300 K | 3 |
| Mark and Anne Guenin<br>145 Autumnwood Drive<br>Middletown, PA 17057 | $400 K | 4 |
| Albert R. Porter, MD and Lynn Porter<br>1 Kellocks Run Rd.<br>Hummelstown, PA 17036 | $300 K | 3 |
| Joachim J. and Nancy Huerter<br>165 Palmyra-Bellegrove Rd.<br>Annville, PA 17003-9104 | $400 K | 4 |
| Brian W. and Julie L Harris<br>2 Winchester Lane<br>Hummelstown, PA 17036 | $200 K | 2 |

EXHIBIT C

| | | |
|---|---|---|
| Brian D. McInroy and Elizabeth A. Bergey<br>1816 Silver Pine Circle<br>Mechanicsburg, PA 17050 | $150 K | 1 |
| Paul Bernard Shyn<br>14 Princeton Road<br>Chestnut Hill, MA 02467 | $300 K | 2 |
| Walworth E. Burge<br>4800 Springwillow Road<br>Fort Worth, TX 76109 | $150K | 1 |
| The Walworth & Barbara Family LP<br>Walworth E. Burge, Managing Member<br>4800 Springwillow Road<br>Fort Worth, TX 76109 | $150K | 1 |
| Joseph Rick and Kelli Reddy<br>850 FM 54<br>Floydada, TX 79235 | $150K | 1 |
| Judith Q. Mariano<br>139 Village Court<br>Upper St. Clair, PA 15241 | $300K | 2 |

Albert R. Porter, MD and Lynn Porter, $50K   Total of $200K= 1  = 25% share
Joachim J. and Nancy Huerter, $50K                      25% share
Hugh F. McHugh, $50K                                25% share
Walworth E. Burge, $50K                             25% share

| | | |
|---|---|---|
| Hugh F. McHugh<br>PO Box 62247<br>Upper St. Clair, PA 15241 | $11.1 M | 111 |

# United States Bankruptcy Court
## Western District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Collier Land & Coal Development, LP** | Case No. | **10-22059** |
| | Debtor(s) | Chapter | **11** |

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **20,000.00** |
    | Prior to the filing of this statement I have received | $ | **0.00** |
    | Balance Due | $ | **20,000.00** |

2.  $ **1,039.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 22, 2010**                              **/s/ Robert S. Bernstein**
                                                          **Robert S. Bernstein 34308**
                                                          **Bernstein Law Firm, P.C.**
                                                          **Suite 2200 Gulf Tower**
                                                          **707 Grant Street**
                                                          **Pittsburgh, PA 15219**
                                                          **(412) 456-8100   Fax: (412) 456-8135**

---

# United States Bankruptcy Court

## Western District of Pennsylvania

In re    **Collier Land & Coal Development, LP**

_____ ,

                       Debtor

Case No. _____ **10-22059** _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Albert R. Porter, MD and Lynn Porter**<br>**1 Kellocks Run Road**<br>**Hummelstown, PA 17036** | | **3.25** | |
| **Brian D. McInroy and Elizabeth A. Bergey**<br>**1816 Silver Pine Circle**<br>**Mechanicsburg, PA 17050** | | **1** | |
| **Brian W. and Julie L. Harris**<br>**2 Winchester Lane**<br>**Hummelstown, PA 17036** | | **2** | |
| **Bruce and Mary Ann Eagleson**<br>**305 Laurel Drive**<br>**Hershey, PA 17033** | | **3** | |
| **Hugh F. McHugh**<br>**PO Box 62247**<br>**Pittsburgh, PA 15241** | | **111.25** | |
| **James and Rebecca Gilbert Hills**<br>**10880 Corp Ranch Road**<br>**Ashland, OR 97520** | | **4** | |
| **James W. and Roberta W. Warren**<br>**48 Kellocks Run Road**<br>**Hummelstown, PA 17036** | | **5** | |
| **Joachim J. and Nancy Huerter**<br>**165 Palmyra-Bellegrove Road**<br>**Annville, PA 17003-9104** | | **4.25** | |
| **Joseph Rick and Kelly Reddy**<br>**850 FM 54**<br>**Floydada, TX 79235** | | **1** | |
| **Judith Q. Mariano**<br>**139 Village Court**<br>**Pittsburgh, PA 15243** | | **3** | |
| **Mark and Anne Guenin**<br>**145 Autumnwood Drive**<br>**Middletown, PA 17057** | | **4** | |

**1** _____ continuation sheets attached to List of Equity Security Holders

In re    **Collier Land & Coal Development, LP**             ,     Case No.    **10-22059**

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Paul Bernard Shyn**<br>**14 Princeton Road**<br>**Chestnut Hill, MA 02467** | | **2** | |
| **The Walworth & Barbara Family LP**<br>**Walworth E. Burge, Manageing Member**<br>**4800 Springwillow Road**<br>**Fort Worth, TX 76109** | | **1** | |
| **Walworth E. Burge**<br>**4800 Springwillow Road**<br>**Fort Worth, TX 76109** | | **1.25** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 22, 2010**                        Signature **/s/ Hugh McHugh**

                                                                 **Hugh McHugh**
                                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Collier Land & Coal Development, LP**

Debtor(s)

Case No.   **10-22059**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 22, 2010**

**/s/ Hugh McHugh**

**Hugh McHugh**/**President**
Signer/Title

A R Oliastro, Inc.
PO Box 148
Ellwood City, PA 16117

American Mining Insurance Company
PO Box 217
Johnstown, PA 15907

Anderson Equipment Company
1000 Washington Pike
Bridgeville, PA 15017

Judith J. Astfalk
2418 Hilltop Road
Presto, PA 15142

Bootay & Bevington, LLP
6 Clairton Boulevard
Pittsburgh, PA 15236

Carlson Desktop Solutions
12343 Hymeadow Drive
Suite 2-J
Austin, TX 78750

Central Tax Bureau
20 Emerson Lane
Bridgeville, PA 15017

Collier Stone Company
80 Noblestown Road
Carnegie, PA 15106

Comcast
PO Box 3001
Southeastern, PA 19398

Commonwealth of Pennsylvania
Armbrust Professional Center
8205 Route 819
Greensburg, PA 15601

Commonwealth of Pennsylvania
45 Thoms Run Road
Bridgeville, PA 15017

Culverts, Inc.
PO Box 271
Coraopolis, PA 15108

DMS Safety Services
551 State Street
Curwensville, PA 16833

Duquesne Light Company
130 McClaren Road
Coraopolis, PA 15108

Enviro Technologies, Inc.
544 Greentree Road
Kittanning, PA 16201

Erie Insurance
4031 William Penn Highway
Monroeville, PA 15146

Ford Motor Credit
PO Box 220564
Pittsburgh, PA 15257

G & C Coal Analysis Lab, Inc.
13841 Hoffman Hollow Road
Summerville, PA 15864

Good Tire Service
401 Water Street
Kittanning, PA 16201

Grainger
Dept. 876391665
Palatine, IL 60038

Highway Equipment Company
22035 Perry Highway
Zelienople, PA 16063

Hugh McHugh
1633 Route 51 South
Jefferson Hills, PA 15025

J M Miller, Inc.
150 Valley Road
Indiana, PA 15701

John Weinstein County Treasurer
PO Box 643385
Pittsburgh, PA 15264-3385

Knickerbocker Russell Co., Inc.
4759 Campbells Run Toad
Pittsburgh, PA 15205

Lesco, Inc.
1025 Mount Nebo Road
Pittsburgh, PA 15237

NAPA Auto Parts
423 E. Main Street
Carnegie, PA 15106

Nationwide Insurance
7230 Baptist Road
Bethel Park, PA 15102

Neville Aggregate Co., Inc.
3501 Neville Road
Pittsburgh, PA 15225

Padco Financial Services
100 W. Monroe Street
Suite 706
Chicago, IL 60603-1901

Parkvale Bank
c/o Michael Shiner, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Pena Plas
2710 Neville Road
Pittsburgh, PA 15225

Postmaster
Upper Saint Clair
Branch 2211
Pittsburgh, PA 15241

Powertrack International, Inc.
4625 Campbells Run Road
Pittsburgh, PA 15205

Productivity Products and Services, Inc.
7075 North Noah Drive
Saxonburg, PA 16056

Rebuilt, Inc.
8741 Street
Rt. 250 SE
Dundee, OH 44624

Sal Chemical
PO Box 76669
Cleveland, OH 44101

Silhol Builders Supply
100 Union Street
Bridgeville, PA 15017

John A. Stiver, CPA
1633 Route 51 South
Clairton, PA 15025

Sunoco
Processing Center
PO Box 689156
Des Moines, IA 50368-9156

T-Mobile
PO Box 742596
Cincinnati, OH 45274

Township of Collier
2418 Hilltop Road
Presto, PA 15142

Travelers
Remittance Center
Hartford, CT 06183

Victor Wetzel Associates
535 Locust Place
Sewickley, PA 15143

Vincenty Sanitation
28 Vincenty Road
Canonsburg, PA 15317-6038

W G Satterlee and Sons
PO Box 1391
Indiana, PA 15701-5391

Zalesky Concrete, Inc.
1242 Noblestown Road
Oakdale, PA 15071

Zoresco Equipment Company
1241 Lower Road
Turtle Creek, PA 15145

Lexus Financial Services
PO Box 17187
Baltimore, MD 21297

Albert R. Porter, MD and Lynn Porter
1 Kellocks Run Road
Hummelstown, PA 17036

Brian D. McInroy and Elizabeth A. Bergey
1816 Silver Pine Circle
Mechanicsburg, PA 17050

Brian W. and Julie L. Harris
2 Winchester Lane
Hummelstown, PA 17036

Bruce and Mary Ann Eagleson
305 Laurel Drive
Hershey, PA 17033

Hugh F. McHugh
PO Box 62247
Pittsburgh, PA 15241

James and Rebecca Gilbert Hills
10880 Corp Ranch Road
Ashland, OR 97520

James W. and Roberta W. Warren
48 Kellocks Run Road
Hummelstown, PA 17036

Joachim J. and Nancy Huerter
165 Palmyra-Bellegrove Road
Annville, PA 17003-9104

Joseph Rick and Kelly Reddy
850 FM 54
Floydada, TX 79235

Judith Q. Mariano
139 Village Court
Pittsburgh, PA 15243

Mark and Anne Guenin
145 Autumnwood Drive
Middletown, PA 17057

Paul Bernard Shyn
14 Princeton Road
Chestnut Hill, MA 02467

The Walworth & Barbara Family LP
Walworth E. Burge, Manageing Member
4800 Springwillow Road
Fort Worth, TX 76109

Walworth E. Burge
4800 Springwillow Road
Fort Worth, TX 76109