UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>COLLIER LAND & COAL DEVELOPMENT, L.P.,<br><br>Debtor.<br><br>BERNSTEIN LAW FIRM, P.C. AS COUNSEL TO COLLIER LAND & COAL DEVELOPMENT, L.P.,<br><br>Movants,<br><br>v.<br><br>PARKVALE BANK,<br><br>Respondents. | Bankruptcy No. 10-22059-MBM<br><br>Chapter 11<br><br>Related to Doc. Nos. 73, 74,75, 85, 99 and 118 |

## **STIPULATION AND CONSENT ORDER**

The Bernstein Law Firm, P.C. ("*Bernstein*"), as counsel to Collier Land & Coal Development, L.P. ("*Debtor*"), and Parkvale Bank ("*Parkvale*"), by and through its undersigned counsel, hereby file this Stipulation and Consent Order, stating as follows:

WHEREAS, on March 31, 2010, Bernstein was appointed to act as counsel to the Debtor.

WHEREAS, on September 13, 2010, Bernstein filed its First Application for Interim Compensation and Reimbursement of Expenses for the period of March 25, 2010 to June 30, 2010 (the "*Fee Application*").

WHEREAS, through the Fee Application, Bernstein sought approval and payment of fees totaling $16,802 and expenses of $1,336.48 (the "*Fees*").

WHEREAS, while Parkvale did not object to approval of the Fees, Parkvale objected to payment of the Fees because Parkvale believed that the Fees would be paid from Parkvale's cash collateral.

WHEREAS, on October 20, 2010, after a hearing on the Fee Application, the Court approved the Fees but, upon the agreement of the Parties, did not order the Debtor to pay the allowed Fees at that time.

WHEREAS, prior to filing its bankruptcy petition, the Debtor paid Bernstein a retainer in the amount of $20,000.00; $2,552.50 of which was applied to certain pre-petition fees incurred in preparation of the bankruptcy filing.

WHEREAS, Bernstein continues to hold the remaining retainer in the amount of $17,447.50 (the "*Retainer*") in escrow pending a court order allowing payment of its allowed fees.

WHEREAS, after an investigation of the source of the funds used to pay the Retainer it has been determined that the Retainer was not paid from Parkvale's cash collateral.

WHEREAS, the Parties hereto agree as follows:

1. Parkvale consents to application of the Retainer to the approved Fees.
2. Parkvale retains any and all rights in its cash collateral and nothing contained herein shall be deemed a waiver of those rights.

| By: /s/ *Scott E. Schuster* | By: /s/ *Michael Shiner* |
|---|---|
| Scott E. Schuster, Esq. | Michael Shiner, Esq. |
| Pa. Id. No. 203766 | Pa. Id. No. 78088 |
| 707 Grant Street, 2200 Gulf Tower | 1500 One PPG Place |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (412) 456-8119 | (412) 566-1212 |
| | |
| Attorney for Debtor | Attorney for Parkvale Bank |