# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**COLLIER LAND & COAL DEVELOPMENT, LP,**

      Debtor.

**COLLIER LAND & COAL DEVELOPMENT, LP,**

      Movant,

vs.

**NO RESPONDENT.**

Bankruptcy No. 10-22059-JKF

Chapter 11

Document No.

## APPLICATION FOR APPROVAL OF ATTORNEYS

**AND NOW** comes Collier Land & Coal Development, LP, by and through its Counsel, Robert O Lampl, John P. Lacher and Elsie R. Lampl and files the following **APPLICATION FOR APPROVAL OF ATTORNEYS**, as follows:

1. The Movant is Collier Land & Coal Development, LP, the Debtor in this Chapter 11 Case.

2. This Case was commenced on March 25, 2010.

3. The Debtor is in need of services of legal counsel to assist in, among other things, the administration of its Estate and to represent the Debtor on matters involving legal issues that are present or are likely to arise in the case, to prepare any legal documentation on behalf of the Debtor, to review reports for legal sufficiency, to furnish information on legal matters regarding legal actions and consequences and for

all necessary legal services connected with Chapter 11 proceedings including the prosecution and/or defense of any adversary proceedings.

4. The Debtor believes that Robert O Lampl and his law firm are experienced in these matters and are well qualified to perform all of the legal services necessary and required by the Debtor.

5. The Debtor wishes to retain Robert O Lampl and his firm at hourly rates as follows:

    a. Robert O Lampl      $400.00
    b. John P. Lacher      $375.00
    c. Elsie R. Lampl      $250.00
    d. Paralegal      $125.00

6. Neither Robert O Lampl nor anyone from his firm have any connection with the Debtor, nor represent any interest adverse to the Debtor or any other parties-in-interest.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court approve Robert O Lampl and his firm as Counsel for the Debtor.

Respectfully Submitted,

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
ELSIE R. LAMPL
PA I.D. # 208867
Counsel for the Debtor
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**COLLIER LAND & COAL DEVELOPMENT, LP,**

      Debtor.

**COLLIER LAND & COAL DEVELOPMENT, LP,**

      Movant,

vs.

**NO RESPONDENT.**

Bankruptcy No. 10-22059-JKF

Chapter 11

Document No.

## CERTIFICATE OF SERVICE

Robert O Lampl, John P. Lacher and Elsie R. Lampl, hereby certify, that on the 10th day of February, 2011, a true and correct copy of the foregoing **APPLICATION FOR APPROVAL OF ATTORNEYS** was served upon the following *(via electronic service)*:

| | |
|---|---|
| Office of the U.S. Trustee<br>970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | Robert S. Bernstein<br>Scott E. Schuster<br>Bernstein Law Firm<br>2200 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 |

                                        */s/ Robert O Lampl*
                                        ROBERT O LAMPL
                                        PA I.D. #19809
                                        JOHN P. LACHER
                                        PA I.D. #62297
                                        ELSIE R. LAMPL
                                        PA I.D. # 208867
                                        Counsel for the Debtor
                                        960 Penn Avenue, Suite 1200
                                        Pittsburgh, PA 15222
                                        (412) 392-0330 (phone)
                                        (412) 392-0335 (facsimile)