# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **COLLIER LAND & COAL DEVELOPMENT, LP,** | Bankruptcy No. 10-22059-JKF |
| Debtor. | Chapter 11 |
| **COLLIER LAND & COAL DEVELOPMENT, LP,** | Document No. 198 |
| Movant, | Related to Doc. No. 150 |
| vs. | |
| NO RESPONDENT. | |

## ORDER OF COURT

It is hereby Ordered, Adjudged and Decreed that the time in which the Debtor may file its Disclosure Statement and Plan of Reorganization is enlarged by a period of sixty (60) days, until June 24, 2011.

Date: Dated: 5/23/2011 13:55:00

*Judith K. Fitzgerald*
United States Bankruptcy Court  cjs